IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-595-DCK

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| | ) |
| TRANSIT MANAGEMENT OF CHARLOTTE, INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) filed by Narendra K. Ghosh, concerning Erika A. Diehl-Gibbons on January 2, 2019. Ms. Erika A. Diehl-Gibbons seeks to appear as counsel *pro hac vice* for Plaintiff, International Association of Sheet Metal, Air, Rail and Transportation Workers. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) is **GRANTED.** Ms. Erika A. Diehl-Gibbons is hereby admitted *pro hac vice* to represent Plaintiff, International Association of Sheet Metal, Air, Rail and Transportation Workers.

**SO ORDERED**.

Signed: January 2, 2019

David C. Keesler
United States Magistrate Judge