# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:18-CV-595-RJC-DCK

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| TRANSIT MANAGEMENT OF CHARLOTTE, INC., | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Waive Mediation" (Document No. 14) filed March 14, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Waive Mediation" (Document No. 14) is **GRANTED**.

Signed: March 18, 2019

David C. Keesler
United States Magistrate Judge