# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-595-DCK

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **ORDER** |
| TRANSIT MANAGEMENT OF CHARLOTTE, INC., | ) ) ) ) | |
| **Defendant.** | ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case.

The Court notes that the undersigned entered an "Order" (Document No. 22) on November 19, 2019 directing the parties to proceed with arbitration. Since then, no filings have been made in this action.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report, jointly if possible, on or before **March 13, 2020** and every **ninety (90) days** thereafter.

**SO ORDERED**.

Signed: March 3, 2020

David C. Keesler
United States Magistrate Judge