IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-595-DCK

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, )<br><br>Plaintiff, )<br><br>v. )<br><br>TRANSIT MANAGEMENT OF CHARLOTTE, INC., )<br><br>Defendant. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The undersigned issued an "Order" (Document No. 22) on November 19, 2019, denying Defendant's "Motion for Summary Judgment" (Document No. 16) and granting "Plaintiff SMART's Motion for Summary Judgment" (Document No. 17). The Court determined that the parties should "proceed with arbitration." (Document No. 22, p. 6). On March 3, 2020, the Court directed the parties to file a Status Report. (Document No. 23).

The parties' "Joint Status Report" (Document No. 24) was filed on March 6, 2020, and reports that this matter was resolved at arbitration on January 13, 2020, and that the "parties now consider the matter closed."

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall **CLOSE** this case.

Signed: June 4, 2020

David C. Keesler
United States Magistrate Judge